No. 00M70. COOK v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 00M71. MELKA MARINE, INC. v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. 105, Orig. KANSAS v. COLORADO. Motion of the Acting Solicitor General for divided argument granted. [For earlier order herein, see, e. g., 531 U. S. 1122.]

No. 128, Orig. ALASKA v. UNITED STATES. Amended complaint and answer referred to the Special Master. [For earlier order herein, see, e. g., 531 U. S. 1066.]

No. 00–454. ATKINSON TRADING CO., INC. v. SHIRLEY ET AL. C. A. 10th Cir. [Certiorari granted, 531 U. S. 1009.] Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 00–720. CHUBB & SON, INC. v. ASIANA AIRLINES. C. A. 2d Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 00–1073. OWASSO INDEPENDENT SCHOOL DISTRICT NO. I–011, AKA OWASSO PUBLIC SCHOOLS, ET AL. v. FALVO, PARENT AND NEXT FRIEND OF HER MINOR CHILDREN, PLETAN ET AL. C. A. 10th Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 00–7728. IN RE NEVIUS; and
No. 00–8475. IN RE JOHNSON. Petitions for writs of habeas corpus denied.

No. 00–799. CITY OF LOS ANGELES v. ALAMEDA BOOKS, INC., ET AL. C. A. 9th Cir. Certiorari granted.

No. 00–1045. TRW INC. v. ANDREWS. C. A. 9th Cir. Certiorari granted.